**Fill in this information to identify the case:**

Debtor name   Lightning Dock Geothermal HI-01, LLC

United States Bankruptcy Court for the: _____ District of  New Mexico
                                                              (State)

Case number (If known):   17-_____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Welsco Corporation<br>PO Box 888<br>Fallon, NV 89407 | welscocorp@gmail.com<br>(775) 423-6619 | trade debt | | | | $290,070.84 |
| 2 | Carroll Strategies Public Relations<br>300 Central Ave SW<br>Ste 2000 East<br>Albuquerque, NM 87102 | info@carrollstrategies.com<br>(505) 542-6600 | professional services – marketing/PR | | | | $47,500.00 |
| 3 | Macek Power<br>PO Box 2480<br>Friendswood, TX 77549 | Michael Macek<br>(281) 993-3737 | trade debt | | | | $42,140.00 |
| 4 | DC Engineering<br>440 E Corporate Dr, Ste 103<br>Meridian, ID 83642 | Sara<br>(208) 493-0028 | trade debt | | | | $22,665.00 |
| 5 | Well Analysis Corp, Inc<br>PO Box 20008<br>Bakersfield, CA 93390-0008 | (661) 589-0760 | trade debt | | | | $21,454.50 |
| 6 | Hall Environmental Analysis Laboratory<br>4901 Hawkins NE<br>Albuquerque, NM 87109 | vicki@hallenvironmental.com<br>(505) 345-3975 | trade debt | | | | $21,111.36 |
| 7 | Freshfields Bruckhaus Deringer<br>11th Floor<br>Two Exchange Square<br>Hong Kong, China | | professional services | | | | $21,031.56 |
| 8 | Philadelphia Consultants<br>PO Box 1480<br>West Chester, PA 19382 | | trade debt | | | | $14,481.50 |

| | Debtor | Lightning Dock Geothermal HI-01, LLC | | Case number (if known) 17- | |
|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CTrans<br>PO Box 24432<br>Oakland, CA 94623 | | trade debt | | | | $12,200.00 |
| 10 | Water Movers Inc<br>4646 E Van Buren St, Ste 400<br>Phoenix, AZ 85008 | (800) 456-1751 | trade debt | | | | $11,120.70 |
| 11 | Columbus Electric Cooperative<br>PO Box 631<br>9000 North Gold<br>Deming, NM 88031 | barbarag@col-coop.com | utilities | | | | $10,860.75 |
| 12 | DL Sanders, LLC<br>17 Seton Plaza<br>Santa Fe, NM 87508 | (505) 412-1112<br>esquiperro@gmail.com | professional services | | | | $10,500.00 |
| 13 | Champion Technology Services, Inc<br>11824 Market Place Ave<br>Baton Rouge, LA 70816 | | trade debt | | | | $9,596.89 |
| 14 | Lummus Consultants Intl Inc<br>C/O Harris Bank<br>390001 Treasury Center<br>Chicago, IL 60694-9000 | terry.turnock@lummus.com | trade debt | | | | $9,286.00 |
| 15 | John Crane<br>524 S. Grandview<br>Odessa, TX 79761 | (432) 337-8368<br>steven.chandler@johncrane.com | trade debt | | | | $6,693.55 |
| 16 | Yellow Jacket Drilling Services, LLC<br>3922 E. University Dr, Ste 1<br>Phoenix, AZ 85034 | Beau Burgess<br>(602) 453-3252 | trade debt | | | | $5,000.00 |
| 17 | Airgas Refrigerants, Inc.<br>PO Box 952182<br>Dallas, TX 75395-2182 | Jordan Edwards<br>800-473-3766<br>robert.wright2@airgas.com | trade debt | | | | $4,730.64 |
| 18 | Badger Western Exploration, Inc<br>2009 Casa Loma Road<br>Silver City, NM 88061 | (575) 388-5900 | trade debt | | | | $2,735.67 |
| 19 | Sierrita Mining & Ranching Co<br>HC 70 Box 4260<br>Sahuarita, AZ 85629 | (520) 625-1204 | trade debt | | | | $2,500.00 |
| 20 | Animas Service Center<br>PO Box 64<br>Animas, NM 88020 | Jason Offutt<br>(575) 548-2580<br>joffutt@outlook.com | trade debt | | | | $2,319.98 |